# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JESUS O GONZALEZ FIGUEROA,<br><br>    Petitioner,<br><br>v.<br><br>BRYAN S. WILCOX, et al.,<br><br>    Respondents. | CASE NO. 17-603-JLR-JPD<br><br>ORDER FOR RETURN AND STATUS REPORT, § 2241 PETITION |

Proceeding through counsel, petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The Court, having reviewed the petition, hereby finds and ORDERS as follows:

(1) If not previously accomplished, electronic posting of this Order and petitioner's § 2241 habeas petition shall effect service upon the United States Attorney of the petition and all supporting documents. Service upon the United States Attorney is deemed to be service upon the Seattle Field Office Director for U.S. Immigration and Customs Enforcement ("ICE"), the New Orleans Field Office Director for ICE, the Acting Director of ICE, the Director of the Executive Office for Immigration Review, and Secretary of the Department of Homeland Security.

(2) **Within 30 days of the date this Order is posted**, respondent(s) shall show cause why a writ of habeas corpus should not be granted by filing a return as provided in 28 U.S.C. § 2243. As a part of such return, respondent(s) shall submit a memorandum of authorities in support of their position, and should state whether an evidentiary hearing is necessary. Respondent(s) shall file the return with the Clerk of the Court and shall serve a copy upon petitioner.

(3) The return will be treated in accordance with LCR 7. Accordingly, on the face of the return, respondent(s) shall note it for consideration on the fourth Friday after it is filed, and the Clerk shall note the return accordingly. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent(s) may file and serve a reply brief not later than the Friday designated for consideration of the matter.

(4) If petitioner's custody status changes at any point during this litigation, **respondent(s) shall file a status update with the Court as soon as possible and no later than 14 days after the change**.

(5) The Clerk is directed to send copies of this Order to petitioner and to the Honorable James L. Robart.

Dated this 3rd day of May, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER FOR RETURN AND STATUS
REPORT, § 2241 PETITION - 2