UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS O. GONZALEZ FIGUEROA,<br><br>                         Petitioner,<br><br>     v.<br><br>BRYAN S. WILCOX, et al.,<br><br>                        Respondents. | Case No. C17-603-JLR-JPD<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

This is a 28 U.S.C. § 2241 immigration habeas action. Respondents' return memorandum and motion to dismiss is currently noted for June 30, 2017. Dkt. 3. Petitioner has filed an unopposed motion for extension of time. Dkts. 6 (original motion) and 7-1 (corrected motion). Having considered petitioner's motion and the balance of the record, the Court ORDERS:

    (1)    Petitioner's unopposed motion for extension of time, Dkts. 6 & 7-1, is GRANTED.

    (2)    Petitioner's response is due **July 10, 2017**.

    (3)    Respondents' reply is due **July 21, 2017**.

1     (4)     The Clerk is directed to RE-NOTE respondents' motion to dismiss, Dkt. 3, for July 21, 2017, and to send copies of this order to the parties and to the Honorable James L. Robart.

Dated this 13th day of June, 2017.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge