UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS O. GONZALEZ FIGUEROA, | CASE NO. C17-0603JLR |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| v. | |
| BRYAN S. WILCOX, et al., | |
| Respondents. | |

Before the court are Petitioner Jesus O. Gonzalez Figueroa's Objections (Obj. (Dkt. # 13)) to Magistrate Judge James P. Donohue's Report and Recommendation (R&R (Dkt. # 12)). The court has examined Mr. Gonzalez Figueroa's objections and concludes that they lack merit. Mr. Gonzalez Figueroa's objections essentially reiterate his arguments from previous filings, and Magistrate Judge Donohue thoroughly addressed Mr. Gonzalez Figueroa's arguments in his Report and Recommendation. (*See generally*

//

//

ORDER - 1

*id.*) Further, the court has independently reviewed Mr. Gonzalez Figueroa's objections and rejects them for the same reasons that Magistrate Judge Donohue rejected them.[1]

Accordingly, the court OVERRULES Mr. Gonzalez Figueroa's objections (Dkt. # 13) and ADOPTS the Report and Recommendation (Dkt. # 12). Respondents' motion to dismiss (Dkt. # 3) is GRANTED in part, and this action is TRANSFERRED to the United States District Court for the Northern District of Alabama. The court DIRECTS the clerk to send copies of this order to all counsel and Magistrate Judge Donohue.

Dated this 3rd day of October, 2017.

JAMES L. ROBART
United States District Judge

---

[1] Mr. Gonzalez Figueroa requests oral argument, but the court finds that oral argument would not be helpful to its disposition of this matter. *See* Local Rules W.D. Wash. LCR 7(b)(4).